GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

      Appellant,

v.

BARBARA HOFFMEYER,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2761

Opinion filed June 6, 2017.

An appeal from the Circuit Court for Duval County.
Brad Stetson, Judge.

Dennis P. Dore of Marshall Dennehey Warner Coleman & Goggin, Jacksonville, for Appellant.

Michelline Haynes Ruth and Joseph S. Miller of Ronald E. Sholes, P.A., Jacksonville, for Appellee.


PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., and LEWIS and WINSOR, JJ., CONCUR.